UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14034-CR-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

vs.

**TOCCARA LATASHA LEWIS,**

       Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued June 22, 2007 [94]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued June 22, 2007 [94] is hereby **ADOPTED**. The defendant Toccara Latasha Lewis is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 20th day of July, 2007.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record